# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | 5:06-cr-60 (HL) |
| : | |
| NATHAN EVAN GARDNER, : | |
| : | |
|     Defendant. : | |

## **O R D E R**

By order of this Court on December 1, 2006, Defendant Nathan Gardner was directed to undergo a psychiatric evaluation to determine his competence to assist properly in his own defense and to understand the nature and consequences of the proceedings against him, and also to determine his mental condition at the time of the offense he stands accused of committing.

Defendant Gardner arrived at the Federal Medical Center in Lexington, Kentucky, on December 28, 2006. In anticipation of a large number of evaluations to be conducted at the facility, Warden Stephen M. Dewalt immediately requested an extension to the 45 days allowed for the completion of the evaluation.

Pursuant to Title 18, United States Code, Section 4247(b), and for good cause shown, the Court finds that an extension of time is necessary to fully observe and evaluate Defendant Nathan Gardner. The evaluation of Defendant is to be completed on or before March 13, 2007, with a full report provided to this Court by April 3, 2007. Any delay occasioned by this extension is deemed excludable pursuant to Title 18, United States Code, Section 3161(h) of the Speedy Trial Act.

SO ORDERED, this 12th day of February, 2007.

> /s/ *Hugh Lawson*
> HUGH LAWSON, CHIEF JUDGE
> UNITED STATES DISTRICT COURT

HL/cbb