IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **NATHAN EVAN GARDNER,** | : | |
| | : | |
| Petitioner | : | |
| | : | |
| v. | : | CASE NO. 5:06-CR-60 (HL) |
| | : | |
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| Respondent | : | |
| | : | |

### ORDER ON REPORT AND RECOMMENDATION
### OF UNITED STATES MAGISTRATE JUDGE

The Recommendation of the United States Magistrate Judge (Doc. 68) filed December 15, 2008 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

No objection to the Magistrate Judge's Recommendation was filed by the Petitioner. However, Petitioner did file a Motion to Seal the Report and Recommendation (Doc. 69) on February 12, 2009. Having read and considered this motion it is, hereby, denied.

**SO ORDERED,** this the 3rd day of March, 2009.

*s/ Hugh Lawson*
**HUGH LAWSON, Judge**
**United States District Court**